**Demetric Gray PEARSON,**
**Plaintiff–Appellant,**

v.

**Mary Ann SAAR, Secretary, D.P.S.C.S.;**
**William Sondervan, Commissioner of**
**Corrections, Defendants–Appellees.**

No. 05–7304.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 26, 2006.

Decided: Sept. 28, 2006.

Demetric Gray Pearson, Appellant Pro
Se. John Joseph Curran, Jr., Attorney
General, Stephanie Judith Lane Weber,
Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER and WILKINSON,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Demetric Gray Pearson appeals the district court's order dismissing his civil action under 42 U.S.C. § 1983 (2000). We
have reviewed the record and find no reversible error. Accordingly, we affirm on
the reasoning of the district court. *See
Pearson v. Saar,* No. CA–03–1705–RDB

(D.Md. July 28, 2005). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*